UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SEMICONDUCTOR IDEAS TO THE | § | |
| MARKET BV, | § | |
| *Plaintiff(s)* | § | |
| | § | |
| VS | § | CIVIL NO: 1:11CV451 |
| | § | |
| TEXAS INSTRUMENTS, INC., *et al* | § | |
| *Defendant(s)* | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff Semiconductor Ideas To The Market BV ("ItoM") and Defendant Motorola Mobility, Inc., now known as Motorola Mobility, LLC (the "Released Defendant") announced to the Court that they have settled ItoM's claims for relief against the Released Defendant asserted in this case. ItoM and the Released Defendant have therefore requested that the Court dismiss ItoM's claims for relief against the Released Defendant with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered the *Joint Motion to Dismiss (doc 307)* is of the opinion that the motion should be granted. It is,

**ORDERED** that ItoM's claims for relief against the Released Defendant are dismissed with prejudice. It is further,

**ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same

**So ORDERED and SIGNED this 23rd day of July, 2012.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**